UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JULIO CESAR SILVA,

                      Plaintiff,                  19-CV-5138 (PAE) (OTW)

      -against-                          **<u>SCHEDULING ORDER</u>**

JOHN DOE CORP d/b/a WESTCHESTER TIRE &
WHEELS CENTER, et al.,

                      Defendants.

------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      On January 13, 2020, Defendant Luis Polanco, proceeding *pro se*, requested a second extension of time to respond to the complaint. (ECF 25). That request is GRANTED. Defendant Polanco shall respond to the complaint by **February 18, 2020**.

      Accordingly, the Initial Pretrial Conference originally scheduled for January 30, 2020 is hereby adjourned to **Thursday, February 27, 2020 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, New York. Plaintiff's counsel shall file the Proposed Case Management Plan by February 20, 2020 and mail a copy to Defendants.

      The Clerk of the Court is respectfully requested to send a copy of this Order to *pro se* Defendant Polanco at the following address: 826 Westchester Ave, Bronx, NY 10455.

      **SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: January 16, 2020                                   **Ona T. Wang**
      New York, New York                        United States Magistrate Judge