**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
JULIO CESAR SILVA,

                        Plaintiff,                    No. 19-CV-5138 (PAE) (OTW)

      -against-                              **ORDER**

JOHN DOE CORP d/b/a WESTCHESTER TIRE &
WHEELS CENTER, et al.,

                        Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request to adjourn the February 27, 2020 Initial Case Management Conference ("ICMC"). (ECF 33). That request is GRANTED. The February 27 ICMC is hereby adjourned to **Tuesday, April 7, 2020 at 11:00 a.m.** in Courtroom 20D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

Now that Defendant has retained counsel, counsel for the parties are directed to confer at least 21 days before the date of the ICMC to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference. The parties shall subsequently complete and file via ECF a new Rule 26(f) Report and Proposed Case

Management Plan by **March 31, 2020.** The Clerk is directed to close ECF 33.

**SO ORDERED.**

Dated: February 24, 2020  
New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge