```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
JULIO CESAR SILVA,                                          :
                                                            :
                              Plaintiff,                    :      19-CV-5138 (PAE) (OTW)
                                                            :
                -against-                                   :      CIVIL CASE MANAGEMENT AND
                                                            :      SCHEDULING ORDER
JOHN DOE CORP d/b/a WESTCHESTER TIRE &                      :
WHEELS CENTER, et al.,                                      :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' Rule 26(f) Meeting and Proposed Case Management Plan and the request to adjourn the April 16, 2020 Initial Case Management Conference. (ECF 38, 39). After review of the pleadings and parties' Rule 26(f) report, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Initial Case Management Conference.** The April 16, 2020 Initial Case Management Conference is hereby **adjourned to July 7, 2020 at 10:30 am** in Courtroom 20D**.** Parties are directed to submit a status letter seven (7) days beforehand, on **June 30, 2020**.

**Discovery.** All fact discovery shall be completed by **August 24, 2020.**

**Discovery Disputes.** The parties are required to follow the Court's Individual Practices when seeking Court intervention on discovery disputes. *See* https://nysd.uscourts.gov/hon-ona-t-wang.

**Amendments**. Plaintiff may amend the complaint by **May 18, 2020.**

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court on **June 30, 2020**. The letter should address any outstanding discovery disputes, and the efforts made by the parties to resolve these issues without Court intervention. It should also indicate whether the parties wish to schedule an early settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Trial.** The parties request a jury trial.

The Clerk of Court is directed to close ECF 39.

**SO ORDERED.**

Dated: April 8, 2020  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge