UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JULIO CESAR SILVA,

                      Plaintiff,                      19-CV-5138 (PAE) (OTW)

        -against-                             **ORDER**

JOHN DOE CORP d/b/a WESTCHESTER TIRE &
WHEELS CENTER, et al.,

                      Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The September 10, 2020 settlement conference is adjourned *sine die*. On July 16, 2020, I had directed the parties to "review and comply with the Court's Individual Rules of Practices in Civil Cases § VII" and submit their ex-parte settlement conference summary forms and letters by September 3, 2020. (ECF 47). Defendants have not submitted their forms, despite a reminder from the Court. (ECF 48).

By **September 17, 2020**, Plaintiff is directed to write a letter informing the Court whether a) parties would like a rescheduled settlement conference or b) if he would like to move for default against Defendants.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: September 9, 2020                            **Ona T. Wang**
       New York, New York                     United States Magistrate Judge