**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

JULIO CESAR SILVA (A/K/A MARIO),
*individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

JOHN DOE CORP. (D/B/A WESTCHESTER TIRE & WHEELS CENTER) and LUIS POLANCO,

*Defendants.*
---------------------------------------------------------X

Case No. 1:19-cv-5138

**(PROPOSED) JUDGMENT**

WHEREAS on or about December 18, 2020, Defendants JOHN DOE CORP. (D/B/A WESTCHESTER TIRE & WHEELS CENTER) and LUIS POLANCO extended to Plaintiff JULIO CESAR SILVA (A/K/A MARIO) an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of one-hundred twenty thousand dollars and zero cents ($120,000.00), and whereas said Plaintiff accepted said offer on or about December 21, 2020,

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of fifty five thousand dollars and zero cents ($120,000.00).

Dated: New York, New York

_____ , 202\_\_\_ .

_____
PAUL A. ENGELMAYER, U.S.D.J.