**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

JULIO CESAR SILVA (A/K/A MARIO),
*individually and on behalf of others similarly*
*situated,*

    *Plaintiff,*

-against-

JOHN DOE CORP. (D/B/A WESTCHESTER
TIRE & WHEELS CENTER) and LUIS
POLANCO,

    *Defendants.*
--------------------------------------------------------X

Case No. 1:19-cv-5138

**(PROPOSED) JUDGMENT**

       WHEREAS on or about December 18, 2020, Defendants JOHN DOE CORP. (D/B/A

WESTCHESTER TIRE & WHEELS CENTER) and LUIS POLANCO extended to Plaintiff

JULIO CESAR SILVA (A/K/A MARIO) an offer of judgment pursuant to Rule 68 of the

Federal Rules of Civil Procedure in the amount of <u>one-hundred twenty thousand dollars and zero</u>

<u>cents ($120,000.00)</u>, and whereas said Plaintiff accepted said offer on or about December 21,

2020,

       JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the

amount of <u>one-hundred twenty thousand dollars and zero cents ($120,000.00)</u>.

      Dated:  New York, New York

             _____ , 202___ .

                                _____
                                   PAUL A. ENGELMAYER, U.S.D.J.