**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

JULIO CESAR SILVA (A/K/A MARIO),
*individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

JOHN DOE CORP. (D/B/A WESTCHESTER TIRE & WHEELS CENTER) and LUIS POLANCO,

*Defendants.*
-------------------------------------------------------X

Case No. 1:19-cv-5138

**JUDGMENT**

    WHEREAS on or about December 18, 2020, Defendants JOHN DOE CORP. (D/B/A WESTCHESTER TIRE & WHEELS CENTER) and LUIS POLANCO extended to Plaintiff JULIO CESAR SILVA (A/K/A MARIO) an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>one-hundred twenty thousand dollars and zero cents ($120,000.00)</u>, and whereas said Plaintiff accepted said offer on or about December 21, 2020,

    JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>one-hundred twenty thousand dollars and zero cents ($120,000.00)</u>.

    Dated:  New York, New York

                December 22 , 2020 .

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER, U.S.D.J.